# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUKE POLLOCK,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, *et al.*,<br><br>　　　　　　　　　Defendants. | Case No. 24-cv-00795-BAS-BLM<br><br>**ORDER:**<br><br>**(1) GRANTING MOTION FOR VOLUNTARY DISMISSAL (ECF No. 44); AND**<br><br>**(2) TERMINATING PENDING MOTIONS AS MOOT (ECF Nos. 20, 29, 34)** |

　　　Before the Court is Plaintiff Luke Pollock's Motion to Dismiss pursuant to Federal Rule of Civil Procedure 41(a). (ECF No. 44.) Having reviewed the motion, and good cause appearing, the Court **GRANTS** Plaintiff's request and **DISMISSES** this action **WITHOUT PREJUDICE**.

　　　Because Plaintiff has voluntarily dismissed this action, the pending motions to dismiss (ECF Nos. 20, 29, 34) are now moot.  Accordingly, the Court **TERMINATES AS MOOT** Defendants' Motions to Dismiss. (*Id.*)

　　　The Clerk of the Court is directed to close the case.

　　　**IT IS SO ORDERED**.

**DATED: March 11, 2025**

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. Cynthia Bashant, Chief Judge
　　　　　　　　　　　　　　　　　　　　　United States District Court